JULIA MITCHELL v. JACOB MITCHELL.

[MEMORANDUM.]

Error to Kalamazoo.   Submitted October 21, 1881.  Decided June 28, 1882.

CASE, brought by plaintiff as wife of Adelbert Mitchell, against Jacob Mitchell, the father of Adelbert, for persuading the latter to desert and continue absent from plaintiff for a long time and to neglect to support her.   The declaration charged defendant with contriving to alienate and destroy the husband's affection for the wife.   It appeared that the husband was a minor when he was married to plaintiff.   Under the charge of the court below the jury returned a verdict of no cause of action, on which judgment was rendered.   Plaintiff brings error.  Affirmed by equal division.

*O. W. Powers*, for appellant, cited *Clark v. Harlan*, 1 Cinn. Sup. Ct. 418; *Westlake v. Westlake* 34 Ohio St. 621; Cooley on Torts 227; *Lynch v. Knight* 9 H. of L. Cas. 577; *Winsmore v. Greenbank* Willes 577.

*Brown, Howard & Roos*, for appellee, against the right of action cited 2 Sharswood's Bl. Com. 142, 143; *Van Arnam v. Ayers* 67 Barb. 544; if a father does not cease to be responsible for the support of his son during the latter's minority, he has a right to his services and society: *Payne*

*v. Williams* 4 Baxter (Tenn.) 583; *Hills v. Hobert* 2 Root 48.

PER CURIAM. In this case the Court is equally divided and the judgment is therefore affirmed.